# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DR. THOMAS MARKUSIC,<br>DR. MAXYM POLYAKOV,<br>NOOSPHERE VENTURE<br>PARTNERS, LP, and FIREFLY<br>AEOROSPACE, INC., | §<br>§<br>§<br>§<br>§ | |
| | § | No. 383, 2021 |
| Plaintiffs Below,<br>Appellants, | §<br>§ | Court Below—Court of Chancery<br>of the State of Delaware |
| v. | §<br>§ | C.A. No: 2019-0753 |
| MICHAEL BLUM, PATRICK<br>JOSEPH KING, LAUREN<br>MCCOLLUM, STEVEN<br>BEGLEITER, GREEN DESERT N.V.,<br>SWING INVESTMENTS BVBA,<br>BRIGHT SUCCESS CAPITAL LTD.,<br>and WUNDERKIND SPACE, LTD., | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendants Below,<br>Appellees. | §<br>§<br>§ | |

Submitted: September 14, 2022
Decided: September 23, 2022

Before **SEITZ**, Chief Justice; **VALIHURA, VAUGN, TRAYNOR**, Justices; and **WINSTON**, Judge[1] constituting the Court *en banc*.

## ORDER

This 23rd day of September, 2022, after consideration of the argument of counsel, the parties' briefs, and the record on appeal, it appears to the Court that the

---

[1] Sitting by designation under Del. Const. art. IV, § 12 and Supreme Court Rules 2(a) and 4(a) to complete the quorum.

judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its August 18, 2020 Order Granting Motion to Dismiss Counterclaims,[2] June 16, 2021 Order Denying Motion for Partial Judgment on the Pleadings,[3] and November 2, 2021 Final Order.[4]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[2] *Markusic v. Blum,* 2020 WL 4760348, (Del. Ch. August 18, 2020).
[3] *Markusic v. Blum*, 2021 WL 2456637 (Del Ch. June 16, 2021).
[4] *Markusic v. Blum*, 2021 WL 5106363 (Del. Ch. Nov. 2, 2021).